# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-3372
L.T. Case No. 2009-CF-002134-A

_____

GARY L. MOSLEY, JR.,

 Appellant,

 v.

STATE OF FLORIDA,

 Appellee.

_____

3.800 Appeal from the Circuit Court for Lake County.
James R. Baxley, Judge.

Gary L. Mosley, Blountstown, pro se.

No Appearance for Appellee.

March 4, 2025

PER CURIAM.

 AFFIRMED. *See* Fla. R. App. P. 9.315(a).

WALLIS, EISNAUGLE and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____